**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re**:  Cecily M. Kellogg**                                                  Case No. **10-19887BIF**
　　　**Charles A. O'Hay,** *Debtors*                                    Chapter 13


**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

　　　Katherine Schreiber, Esquire applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1.　　Applicant is counsel for the debtor.

2.　　The debtors filed a petition under chapter 13 of the Bankruptcy Code on 11/17/2010.

3.　　The debtors' annualized current monthly income as set forth on Form B22C is below median.

4.　　All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5.　　Applicant requests an award of compensation of $2,500.00 for approximately 20 hours expended in providing the following services:

　　　　　a. Interview and investigation of facts;
　　　　　b. Counseling on alternative remedies available and consequences of bankruptcy;
　　　　　c. Preparation and filing of Chapter 13 petition, schedules, plan and other papers;
　　　　　d. Compiling all information and documents required by the Court and/or the trustee;
　　　　　e. Attendance at §341 meeting;
　　　　　f. Prepare for confirmation hearing;
　　　　　g. Counseling and advice before and after case;
　　　　　h. Telephone calls, e-mails and letters regarding case.

6.　　Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: *N/A.*

7.　　The debtors paid Applicant $500.00 prior to the filing of the petition.

8.　　A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9.　　None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

　　　**WHEREFORE,** Applicant requests an award of $2,500.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

Date:　April 8, 2011　　　　　　　　　　　　　　　　　　s/Katherine Schreiber
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Katherine Schreiber, *Attorney for Debtor*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1414 Bywood Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Upper Darby, PA  19082
　　　　　　　　　　　　　　　　　　　　　　　　　　　　610-734-1002; fax:  610-734-0795
　　　　　　　　　　　　　　　　　　　　　　　　　　　　kathy_schreiber@yahoo.com