# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CECILY M KELLOGG                  Chapter 13
CHARLES A O'HAY

                 Debtor            Bankruptcy No. 10-19887-BIF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Bruce I. Fox
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
KATHERINE SCHREIBER
4005 GYPSY LANE

PHILA, PA 19129-5527

Debtor:
CECILY M KELLOGG
CHARLES A O'HAY

229 W. PLUMSTEAD AVENUE
LANSDOWNE, PA 19050